```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ABC,

                        Plaintiff,

                                            17 Civ.6611(RWS)
        vs.
                                              O R D E R
DEF.

                        Defendant.
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/17

Sweet, D.J.,

The Clerk of the Court is directed to close out the case without un-sealing it.

It is so ordered.

New York, NY

October 30, 2017

_____
ROBERT W. SWEET
U.S.D.J.