```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DEFRAUDED HOMEOWNERS OF AMERICA,

                    Plaintiff,            17 Civ. 6611

    - against -
                                          ORDER

THE FEDERAL RESERVE BOARD,
THE FEDERAL RESERVE, DOES #1-20,000,

                    Defendants.
------------------------------------X
```



**Sweet, D.J.**

Plaintiff's request to seal this action was predicated upon the False Claims Act's ("FCA") requirement that complaints filed under the statute "shall be filed in camera [and] shall remain under seal for at least 60 days . . . ." 31 U.S.C. § 3730(b)(2). Because the Court has dismissed Plaintiff's FCA claims, there is no longer a statutory basis to keep this action hidden from public view. Moreover, all of the documents that Plaintiff has filed in this action are "judicial documents" in which the public has a presumptive right of access. *See Bernstein v. Bernstein Litowitz Berger & Grossmann LLP*, 814 F.3d 132, 139-40 (2d Cir. 2016) (all pleadings, including a complaint, "are Judicial records subject to a presumption of public access").

1

Accordingly, the Clerk of Court is directed to unseal this action.

It is so ordered.

New York, NY
April 4, 2018

                                                     ROBERT W. SWEET
                                                        U.S.D.J.