# MANDATE

N.Y.S.D. Case #
17-cv-6611(RWS)

**UNITED STATES COURT OF APPEALS**
for the
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of May two thousand and eighteen,

_____

ABC, Defrauded Homeowners of America, AKA DHOA, United States of America, The Trust Interest Holders, TIH, with respect to the borrower otherwise known as The Grantors over the security instrument, et. al,

        Plaintiffs,

EEON, a natural competent person, The Relator, Atty.-Gen-in-fact-, A.G.I.F.,

        Plaintiff - Appellant,

v.

The Federal Reserve Board, in their non-governmental and non-official capacity, The Federal Reserve, in their non-governmental and non-official capacity, Does 1-20,000, et al. Otherwise known and or unknown parties/persons/conspirators, accomplishers also known as the criminally liable, in their non-governmental and non-official capacity et al.,

        Defendant - Appellees,

DEF,

        Defendant.

_____

**ORDER**
Docket Number: 18-1108

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:** _____
**DATE FILED:** July 13, 2018 _____

A notice of appeal was filed on April 3, 2018. The filing fee of $505.00 was due to be paid to the district court by April 17, 2018, 2018. The case is deemed in default.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/13/2018

Instructions for moving for *in forma pauperis* status are provided in the Court's instructions entitled "*How to Appeal a Civil Case in the United States Court of Appeals for the Second Circuit*". The manual and the forms required to file the motion are enclosed with this order. They are also available on the Court's website www.ca2.uscourts.gov.

IT IS HEREBY ORDERED that the appeal is dismissed effective June 11, 2018 unless by that date appellant either pays the fee in full, moves for *in forma pauperis* status in district court or, if district court has denied *in forma pauperis* status, moves in this Court for *in forma pauperis* status. If appellant has filed the motion in district court and the motion is pending, appellant must so advise this Court in writing by the same date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit